**Eddie Lee TAYLOR, Plaintiff–
Appellant,**

v.

**MARION COUNTY DETENTION
CENTER; Captain Pace,
Defendants–Appellees.**

No. 02–7273.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Eddie Lee Taylor, Appellant Pro Se. Jay Hupfer, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellees.

Before LUTTIG, MICHAEL, and
DIANA GRIBBON MOTZ, Circuit
Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Eddie Lee Taylor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Taylor v. Marion County Detention Ctr.*, No. CA–01–4118–9 (D.S.C. July 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*